**Order entered February 11, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01359-CV

### HELEN CULLEN AUSTIN, Appellant

### V.

### MICHAEL W. MITCHELL, AS TRUSTEE OF TEXAS BRITTANY MITCHELL TRUST FBO CAITLIN MITCHELL AND AS TRUSTEE OF BRITTANY MITCHELL TRUST FBO MEGAN MITCHELL, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13917**

## ORDER

Before the Court is appellant's February 5, 2020 unopposed second motion to extend time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 11, 2020. We caution appellant that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
       JUSTICE